**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tavares MIDDLEBROOKS, a.k.a.**
**Snoop, Defendant–Appellant.**

No. 09-14374
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 26, 2010.

Morad Fakhimi, Cynthia W. Roseberry, Federal Public Defender, Macon, GA, for Defendant–Appellant.

---

Before EDMONDSON, MARTIN and HILL, Circuit Judges.

PER CURIAM:

John R. Francisco, appointed counsel for Tavares Middlebrooks, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Middlebrooks's conviction and sentence are **AFFIRMED**.